In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against METROPOLITAN LIFE INSURANCE COMPANY et al., Appellants.

Argued January 24, 1946; decided April 18, 1946.

*Hyler Connell* and *Walter Gordon Merritt* for Metropolitan Life Insurance Company and others, appellants.

*Robert B. Lisle* and *Harry G. Hill* for Brooklyn Trust Company and others, appellants.

*William E. Grady, Jr.,* and *Betty Kaye Phillipoff* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER and DYE, JJ. Dissenting: LEWIS and CONWAY, JJ., on the ground that, insofar as the order of the New York State Labor Relations Board directs the appellants to bargain collectively with a bargaining agent for a unit of one employee, the order is without authority of law. MEDALIE, J., deceased.